No. 11–5101.   KEISLING v. RENN ET AL., *ante*, p. 934.   Petition for rehearing denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

DECEMBER 16, 2011

